# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

TUNDE SECESSION,

        Plaintiff,

vs.

NATIONAL CHECK RESOLUTION, INC.,

        Defendant.

2:18-cv-01001-JAD-VCF

**ORDER**

    Before the court is the Stipulated Order Extending Scheduling Order Dates (ECF No. 17). This stipulation does not comply with LR 26-4.

    Accordingly,

    IT IS HEREBY ORDERED that the Stipulated Order Extending Scheduling Order Dates (ECF No. 17) is DENIED.

    DATED this 3rd day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE