CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968 – telephone
1-702 825-8071 – facsimile
attcbf@cox.net

James J. Parr, Esq. (SBN 6317921)[1]
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Avenue, Suite 409
Chicago, IL 60640
(312) 224-4695 – telephone
(312) 253-4451 – facsimile
james@agrusslawfirm.com

*Attorneys for Plaintiff Tunde Secession*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TUNDE SECESSION,<br><br>     Plaintiff,<br><br>  v.<br><br>NATIONAL CHECK RESOLUTION, INC.,<br><br>     Defendant. | CASE NO.: 2:18-cv-1001-VCF |

**STIPULATION TO DISMISS**

Plaintiff, TUNDE SECESSION, and Defendant, NATIONAL CHECK RESOLUTION, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

[INTENTIONALLY LEFT BLANK]

1

RESPECTFULLY SUBMITTED,

By: /s/ James Parr
James Parr
Agruss Law Firm, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
James@agrusslawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

RESPECTFULLY SUBMITTED,

By: /s/ Gregory R. Neidle
Gregory R. Neidle (*Pro Hac Vice*)
DOBBS & NEIDLE, PC
30150 Telegraph Road, Suite 410
Bingham Farms, MI 48025
Tel: (248) 723-9511
Email: gneidle@dobbsneidle.com
MI Bar Number P59273

IT IS SO ORDERED:

_____
Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

DATED: 1-28-2019

# **CERTIFICATE OF SERVICE**

On January 15, 2019, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system which will provide notice to all parties of record.

By: <u>/s/ James J. Parr</u>
James J. Parr